IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 03-4810 |
| | : | |
| SUPT. KYLER, et al. | : | |

## **ORDER**

AND NOW, this 21st day of August, 2024, upon consideration of pro se Petitioner Calvin Johnson's Motion for Relief Pursuant to Rule 60(b) (ECF No. 37) and the Philadelphia District Attorney's Response in Opposition, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.